AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia



FILED
CLERK, U.S. DISTRICT COURT
01/17/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: DVE    DEPUTY

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00007 |
| Shawn Schaefer | ) Assigned To : Harvey, G. Michael |
| | ) Assign. Date : 1/9/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| Defendant | ) 8:24-mj-00013-DUTY |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Shawn Schaefer**

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly, and with intent to impede or disrupt the orderly conduct of Government business;
40 U.S.C. § 5104(e)(2)(C) – Entering or Remaining in a Room of the Capitol Building;
40 U.S.C. § 5104(e)(2)(D) – Disorderly Conduct in the Capitol Building or Grounds;
40 U.S.C. § 5104(e)(2)(G) – Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 01/09/2024

2024.01.09
11:46:11
-05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/9/24, and the person was arrested on *(date)* 1/17/24
at *(city and state)* Placentia, CA.

Date: 1/17/24

*Arresting officer's signature*

Jennifer Farrar, Special Agent
*Printed name and title*